B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rudnick, Andrew Jay** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rudnick, Catherine** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5156** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0113** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4942 NW 23rd Ct.**<br>**Boca Raton, FL**<br>ZIP Code **33431** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4942 NW 23rd Ct.**<br>**Boca Raton, FL**<br>ZIP Code **33431** |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business:<br>**Palm Beach** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                             **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rudnick, Andrew Jay**<br>**Rudnick, Catherine** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Joshua Hauserman, Esq.          December 22, 2014**<br>   Signature of Attorney for Debtor(s)                      (Date)<br>   **Joshua Hauserman, Esq.** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Rudnick, Andrew Jay**
**Rudnick, Catherine**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Andrew Jay Rudnick
Signature of Debtor  **Andrew Jay Rudnick**

**X** /s/ Catherine Rudnick
Signature of Joint Debtor **Catherine Rudnick**

Telephone Number (If not represented by attorney)

**December 22, 2014**
Date

### Signature of Attorney*

**X** /s/ Joshua Hauserman, Esq.
Signature of Attorney for Debtor(s)

**Joshua Hauserman, Esq. 41137**
Printed Name of Attorney for Debtor(s)

**Hauserman Law Group, PLLC**
Firm Name

**1771 S. Congress Ave, Suite 7**
**West Palm Beach, FL 33406**

Address

**561-223-1699  Fax: 561-855-1274**
Telephone Number

**December 22, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Andrew Jay Rudnick**
        **Catherine Rudnick**

                                               Debtor(s)

Case No.                    
Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Andrew Jay Rudnick**
                       **Andrew Jay Rudnick**

Date:   **December 22, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Andrew Jay Rudnick**                               Case No.
        **Catherine Rudnick**

                                      Debtor(s)         Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Catherine Rudnick**
                           **Catherine Rudnick**

Date:   **December 22, 2014**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Andrew Jay Rudnick,**
       **Catherine Rudnick**

                                     Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 5,792.29 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 14,695,169.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,075.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| | | Total Assets | 5,792.29 | | |
| | | Total Liabilities | | 14,695,169.52 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Andrew Jay Rudnick,**
      **Catherine Rudnick**

Case No. _____

_____ ,

                      Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 5,000.00 |
| Average Expenses (from Schedule J, Line 22) | 8,075.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 5,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 14,695,169.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 14,695,169.52 |

B6A (Official Form 6A) (12/07)

.

In re  **Andrew Jay Rudnick,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Catherine Rudnick**
_____ ,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__**0**__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **Andrew Jay Rudnick,**
       **Catherine Rudnick**
                                                ,

                              Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Paradise Bank checking account ending in: 9099 | H | 692.29 |
| | | Paradise Bank checking account ending in: 6182 | W | 400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | security deposit with landlord | J | 2,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living Room: sofa, loveseat, end table, picture Location: 6248 NW 32nd Terr, Boca Raton FL 33496 | J | 500.00 |
| | | Kitchen: table, chairs, microwave Location: 6248 NW 32nd Terr, Boca Raton FL 33496 | J | 150.00 |
| | | Family Room: sofa bed, chair Location: 6248 NW 32nd Terr, Boca Raton FL 33496 | J | 300.00 |
| | | Dining Room: table, chairs, buffet Location: 6248 NW 32nd Terr, Boca Raton FL 33496 | J | 200.00 |
| | | Master Bedroom: king bed, lamp, TV Location: 6248 NW 32nd Terr, Boca Raton FL 33496 | J | 450.00 |
| | | 2nd Bedroom: full bed, dresser, TV Location: 6248 NW 32nd Terr, Boca Raton FL 33496 | J | 300.00 |
| | | 3rd Bedroom: full bed, dresser, TV Location: 6248 NW 32nd Terr, Boca Raton FL 33496 | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total >        **5,792.29**
(Total of this page)

_**3**_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**                                      Case No. _____
         **Catherine Rudnick**

_____ ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | misc. apparel<br><br>NOTE: value only to debtor | J | 0.00 |
| 7. Furs and jewelry. | | misc. costume jewelry | J | Unknown |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Andrew Jay Rudnick,**                                                    Case No. _____
          **Catherine Rudnick**

_____ ,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**             Case No. _____
         **Catherine Rudnick**

_____,
                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Total >      **5,792.29**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Andrew Jay Rudnick,**                                                     Case No. _____
         **Catherine Rudnick**
         _____,
                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                             *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Paradise Bank checking account ending in: 9099** | **Fla. Stat. Ann. § 222.25(4)** | **692.29** | **692.29** |
| **Paradise Bank checking account ending in: 6182** | **Fla. Stat. Ann. § 222.25(4)** | **400.00** | **400.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **security deposit with landlord** | **Fla. Stat. Ann. § 222.25(4)** | **2,500.00** | **2,500.00** |
| **Household Goods and Furnishings** | | | |
| **Living Room: sofa, loveseat, end table, picture Location: 6248 NW 32nd Terr, Boca Raton FL 33496** | **Fla. Const. art. X, § 4(a)(2)** | **500.00** | **500.00** |
| **Kitchen: table, chairs, microwave Location: 6248 NW 32nd Terr, Boca Raton FL 33496** | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |
| **Family Room: sofa bed, chair Location: 6248 NW 32nd Terr, Boca Raton FL 33496** | **Fla. Const. art. X, § 4(a)(2)** | **300.00** | **300.00** |
| **Dining Room: table, chairs, buffet Location: 6248 NW 32nd Terr, Boca Raton FL 33496** | **Fla. Const. art. X, § 4(a)(2)** | **200.00** | **200.00** |
| **Master Bedroom: king bed, lamp, TV Location: 6248 NW 32nd Terr, Boca Raton FL 33496** | **Fla. Const. art. X, § 4(a)(2)** | **450.00** | **450.00** |
| **2nd Bedroom: full bed, dresser, TV Location: 6248 NW 32nd Terr, Boca Raton FL 33496** | **Fla. Const. art. X, § 4(a)(2)** | **300.00** | **300.00** |
| **3rd Bedroom: full bed, dresser, TV Location: 6248 NW 32nd Terr, Boca Raton FL 33496** | **Fla. Const. art. X, § 4(a)(2) Fla. Stat. Ann. § 222.25(4)** | **100.00 200.00** | **300.00** |
| **Wearing Apparel** | | | |
| **misc. apparel** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **0.00** |

**NOTE: value only to debtor**

|  | Total: | **5,792.29** | **5,792.29** |
|---|---|---|---|

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Andrew Jay Rudnick,**                                    Case No. _____
         **Catherine Rudnick**

                                                                   ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | | |
| --- | --- | --- | --- |
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Andrew Jay Rudnick,**                                                                    Case No. _____
        **Catherine Rudnick**
_____ ,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Andrew Jay Rudnick,**
       **Catherine Rudnick,**

Case No. _____

                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx984-C** <br><br> **222-232 Newbury Street LLC** <br> **c/o Posternak Blankstein & Lund LLP** <br> **800 Boylston St, 33th Floor** <br> **Boston, MA 02199** | | J | **2013** <br> **Trade debt** | | | | **36,293.56** |
| Account No. **xx-xxx-xxx (xxD) (RLE)** <br><br> **615 Building Company LLC** <br> **c/o Borah, Goldstein, Altschuler** <br> **Nahins** <br> **& Goidel, P.C.** <br> **377 Broadway, 6th Floor** <br> **New York, NY 10013** | | J | **12/10/2012** <br> **Trade debt** | | | | **1,697,659.78** |
| Account No. **xx8150** <br><br> **Aci** <br> **308 N Locust St** <br> **Grand Island, NE 68801** | | W | **Opened  5/01/09** <br> **Lease** | | | | **64,685.00** |
| Account No. **xx9077** <br><br> **Aci** <br> **308 N Locust St** <br> **Grand Island, NE 68801** | | W | **Opened  8/01/08** <br> **Lease** | | | | **Unknown** |

|  | Subtotal <br> (Total of this page) | **1,798,638.34** |
|---|---|---|

__22__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**
      **Catherine Rudnick**                                                     Case No. _____

_____ ,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxx9001**<br><br>**Administration Service**<br>**2005 Market St Fl 14**<br>**Philadelphia, PA 19103** | | J | | | **Opened 11/01/04**<br>**Collection Attorney Leaf Financial** | | | | **Unknown** |
| Account No. **xxxxxxxx9002**<br><br>**Administration Service**<br>**2005 Market St Fl 14**<br>**Philadelphia, PA 19103** | | J | | | **Opened 12/01/04**<br>**Collection Attorney** | | | | **Unknown** |
| Account No. **xxxx-xx-xx9922**<br><br>**Admiral Insurance Company**<br>**c/o William M. Lindeman, P.A.**<br>**POB 3506**<br>**Orlando, FL 32802-3506** | | J | | | **2013**<br>**Trade debt** | | | | **22,110.52** |
| Account No. **xxxxxxxxxx0290**<br><br>**Amca**<br>**2269 S Saw Mill**<br>**Elmsford, NY 10523** | | H | | | **Last Active 4/13/14**<br>**Med1 02 Laboratory Corp Of America** | | | | **0.00** |
| Account No. **xxxxxxxxxxx9963**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | J | | | **Opened 1/01/99 Last Active 5/02/08**<br>**Credit Card** | | | | **0.00** |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
         (Total of this page)     **22,110.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**                                          Case No. _____
        **Catherine Rudnick**

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx-xx357-H**<br><br>**Amit Sachdeo**<br>**c/o KJC Law Firm, LLC**<br>**10 Tremont St, 6th Floor**<br>**Boston, MA 02108** | | J | **2012**<br>**Trade debt** | | | | **Unknown** |
| Account No. **xx-xx8809**<br><br>**AR2 LLC**<br>**6877 18TH ST H201**<br>**Boca Raton, FL 33433** | | J | **2014**<br>**Trade debt** | | | | **5,343.00** |
| Account No. **xxxxx5523**<br><br>**ARM Collections**<br>**POB 3666**<br>**Camarillo, CA 93011-3666** | | J | **2014**<br>**Collections for AmeriGas Propane, L.P.** | | | | **1,815.30** |
| Account No. **xxxxxxxxxxxxxxxxXXMB**<br><br>**Axis Capital, Inc**<br>**308 North Locust Street**<br>**Grand Island, NE 68801** | | J | **2012**<br>**Equipment Lease** | | | | **176,767.61** |
| Account No. **xxxxxxxxxxx2300**<br><br>**Bank Of America**<br>**Attention: Recovery Department**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | W | **Opened 1/01/94 Last Active 5/28/13**<br>**Credit Card** | | | | **4,236.00** |

Sheet no. __2__ of __22__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)    **188,161.91**

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew Jay Rudnick,**
    **Catherine Rudnick**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx5117<br><br>Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | | H | Opened 12/08/04 Last Active 4/03/12<br>Credit Card | | | | 0.00 |
| Account No. xxxxxxxxx2858<br><br>Bank Of America<br>P.O. Box 982236<br>El Paso, TX 79998 | | H | Opened 5/01/10 Last Active 4/01/12<br>Automobile | | | | 0.00 |
| Account No. xxxxxxxxx5846<br><br>Bank Of America<br>P.O. Box 982236<br>El Paso, TX 79998 | | H | Opened 6/01/05 Last Active 5/22/09<br>Recreational | | | | 0.00 |
| Account No. xxxxxxx8347<br><br>Bank of Ozarks<br>179010 Chenal Parkway<br>Little Rock, AR 72223 | | J | 1/7/2011<br>Trade debt | | | | 41,285.74 |
| Account No. xxxx-1120<br><br>Bellwether Properties of Massachusetts<br>c/o Mickeelson Barnet, P.C.<br>30 Cornell St<br>New Bedford, MA 02740 | | J | 4/3/2013<br>Eviction | | | | 54,175.38 |

Sheet no. __3__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    95,461.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
       **Catherine Rudnick**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx-xx462-A** <br><br> **Braintree Property Associates Limited c/o M.S. Management Associates Inc 225 West Washington St. Indianapolis, IN 46204-3438** | | J | | **2013 Final Judgement** | | | | **890,351.48** |
| Account No. **xxxxxxxxxxxxxxxxXXMB** <br><br> **BUCKEYE PLUMBING INC 838 South Dixie Highway Boca Raton, FL 33432** | | H | | **2010 Trade debt** | | | | **829.50** |
| Account No. **xxxxxxx1640** <br><br> **Cap1/bergd 26525 N Riverwoods Blvd Mettawa, IL 60045** | | W | | **Opened 6/01/06 Last Active 2/08/08 Charge Account** | | | | **0.00** |
| Account No. **xxxxxxx1793** <br><br> **Cap1/neimn 26525 N Riverwoods Blvd Mettawa, IL 60045** | | W | | **Opened 4/01/06 Last Active 11/06/08 Charge Account** | | | | **0.00** |
| Account No. **xxxxxxx4768** <br><br> **Cap1/neimn 26525 N Riverwoods Blvd Mettawa, IL 60045** | | W | | **Opened 4/25/06 Last Active 10/07/08 Charge Account** | | | | **0.00** |

Sheet no. __4___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**891,180.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
      **Catherine Rudnick**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0023** <br><br> **Cap1/saks** <br> **3455 Highway 80 W** <br> **Jackson, MS 39209** | | W | **Opened 7/01/05 Last Active 1/27/09** <br> **Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxxxxxxXXMB** <br><br> **CAROLE F PFEFFER** <br> **2153 NW 108 Ave** <br> **Coral Springs, FL 33071** | | H | **2009** <br> **Trade debt** | | | | 805.00 |
| Account No. **xxxxxx-xx0123** <br><br> **CBS Outdoor Inc** <br> **c/o Cheifetz Iannetelli Marcolini, P.C.** <br> **111 West Monroe St, 17th Floor** <br> **Phoenix, AZ 85003** | | J | **2011** <br> **Trade debt** | | | | 83,000.00 |
| Account No. **xxxx2873** <br><br> **Chase** <br> **Chase Card Svcs/Attn:Bankruptcy Dept** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | W | **Opened 8/01/12 Last Active 3/14/13** <br> **Lease** | | | | 6,322.00 |
| Account No. **xxxxxxxxx9479** <br><br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH 43224** | | H | **Opened 5/01/04 Last Active 3/15/06** <br> **Real Estate Mortgage** | | | | 0.00 |

Sheet no. __5___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

90,127.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**
**Catherine Rudnick**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9447<br><br>**Chase - Cc**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | Opened 6/01/08 Last Active 2/03/09<br>Credit Card | | | | 0.00 |
| Account No. xxxxxxxxx2314<br><br>**Chase Auto**<br>**Attn:National Bankruptcy Dept**<br>**Po Box 29505**<br>**Phoenix, AZ 85038** | | H | Opened 10/01/04 Last Active 1/24/07<br>Automobile | | | | 0.00 |
| Account No. xxxxxx8722<br><br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | H | Opened 11/03/06 Last Active 10/15/10<br>Real Estate Mortgage | | | | 0.00 |
| Account No. x3489<br><br>**Clear Channel Broadcasting Inc.**<br>**5630 Collections Center Dr.**<br>**Chicago, IL 60693** | | J | 2010<br>Advertising | | | | 12,900.00 |
| Account No. xxxxxxxxxxxxxxxXXSB<br><br>**CLIPPER MAGAZINE LLC**<br>**c/o Thomas J Maccari P.A.**<br>**7700 Congress Ave Ste 1133**<br>**Boca Raton, FL 33487** | | H | 2009<br>Trade debt | | | | 6,256.90 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,156.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
       **Catherine Rudnick**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxxxxx5584**<br><br>**Cmre Financial Services Inc**<br>**3075 E Imperial Hwy Ste 200**<br>**Brea, CA 92821** | | H | | **Opened 10/01/13**<br>**Collection Attorney E-Med Llp** | | | | 57.00 |
| Account No. **xx-x2117**<br><br>**Countrywide Printing, Inc**<br>**928 NW 1st ST**<br>**Fort Lauderdale, FL 33311** | | W | | **2006**<br>**Trade debt** | | | | 3,655.56 |
| Account No. **xxxx xx-2574**<br><br>**Crooks Printing Services, Inc**<br>**c/o Jeffrey R. Eisensmith, P.A.**<br>**5561 North University Drive**<br>**Coral Springs, FL 33067** | | J | | **2006**<br>**Trade debt** | | | | 1,498.60 |
| Account No. **xxxxxxxxxxxxxxxxxXXMB**<br><br>**De Lage Landen Financial Services, Inc**<br>**1111 Old Eadle School Rd**<br>**Wayne, PA 19087** | | W | | **8/30/2010**<br>**Trade debt** | | | | 104,524.54 |
| Account No. **xxxxxxxxxxxxxxxxxXXMB**<br><br>**Dicom Marketing Services**<br>**c/o Law Offices of Larry E. Bray, P.A.**<br>**3175 S Congress Ave., Ste 205**<br>**Palm Springs, FL 33461** | | J | | **2006**<br>**Trade debt** | | | | 12,158.66 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

121,894.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**
          **Catherine Rudnick**                                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FCA-Medical Optics** <br> **c/o Ronald J. Schweighardt P.A.** <br> **950 SW 138th Ave B104** <br> **Pembroke Pines, FL 33027** | | J | **2012** <br> **Trade debt** | | | | **5,512.00** |
| Account No. <br><br> **Florida Dept of Revenue** <br> **5050 West Tennessee Street** <br> **Tallahassee, FL 32399-0100** | | H | **sales tax** | | | | **27,000.00** |
| Account No. **xxxxxx0169** <br><br> **Focus Financial Servic** <br> **3800 S Congress Ave** <br> **Boynton Beach, FL 33426** | | H | **Opened 11/01/13** <br> **Collection Attorney Boca Raton Regional Hospital** | | | | **5,064.00** |
| Account No. **xxxxxx0048** <br><br> **Focus Financial Servic** <br> **3800 S Congress Ave** <br> **Boynton Beach, FL 33426** | | H | **Opened 11/01/11** <br> **Collection Attorney Boca Raton Regional Hospital** | | | | **278.00** |
| Account No. **xxx/xxx xxx/x-xx-xxxx-x2-252** <br><br> **Furr & Cohen, P.A.** <br> **One Boca Place. Suite 337W** <br> **2255 Glades Rd** <br> **Boca Raton, FL 33431** | | J | **2012** <br> **Attorney's fees** | | | | **4,615.60** |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **42,469.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew Jay Rudnick,**    Case No. _____
     **Catherine Rudnick**

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0954**<br><br>**GB Collects, LLC**<br>**145 Bradford Dr**<br>**West Berlin, NJ 08091** | | J | | **2013**<br>**Collections for Cooler Smart** | | | | **7,552.89** |
| Account No. **xxxxxxxxxxxx4396**<br><br>**Ge Capital Credit Card**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | W | | **Opened 4/06/02 Last Active 3/01/08**<br>**Charge Account** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx9171**<br><br>**Ge Capital Credit Card**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | H | | **Opened 9/02/02 Last Active 3/01/08**<br>**Charge Account** | | | | **0.00** |
| Account No. **xxxxxx/2011**<br><br>**Giacomo Lacoangeli**<br>**c/o Goldstein & Handwerker, LLP**<br>**280 Madison Ave**<br>**New York, NY 10016** | | J | | **2/24/2011**<br>**Trade debt** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxxxXXMB**<br><br>**GREYSTONE EQUIPMENT FINANCE CORPORATION**<br>**c/o Mitrani Rynor Adamsky & Toland PA☐☐**<br>**1200 Weston Rd Ph☐☐**<br>**Fort Lauderdale, FL 33326** | | J | | **2009**<br>**Trade debt** | | | | **Unknown** |

Sheet no. __9__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 7,552.89 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
       **Catherine Rudnick**                                                      Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6684**<br><br>**Gulf Coast Collection**<br>**5630 Marquesas Cir**<br>**Sarasota, FL 34233** | | W | **Opened 1/01/11**<br>**Collection Attorney Gentle Dental Boca Raton** | | | | 618.00 |
| Account No. **xx-xx-xxxx9-AJN**<br><br>**Harry T. Haramis**<br>**c/o Paul G. Jemas, Esq**<br>**38 Roseland Avenue**<br>**Roseland, NJ 07068** | | J | **2013**<br>**Trade debt** | | | | 113,636.50 |
| Account No. **xxxxxxxxxxxxxxxXXMB**<br><br>**HC PROCESSING CENTER**<br>**c/o Vance Lotane & Bookhardt P A**<br>**1980 Michigan Ave**<br>**Cocoa, FL 32922** | | H | **2014**<br>**Trade debt** | | | | **Unknown** |
| Account No. **xxxxxxx2673**<br><br>**Hearst Television Inc**<br>**c/o Alan D Geset, P.A.**<br>**20801 Biscayne Blvd., Suite 506**<br>**Miami, FL 33180** | | J | **2013**<br>**Trade debt** | | | | 68,031.88 |
| Account No. **xxxx9001**<br><br>**Heartland Leasing Corp**<br>**390 Union Blvd Ste 600**<br>**Lakewood, CO 80228** | | J | **Opened 5/01/05**<br>**Lease** | | | | 22,000.00 |

Sheet no. __**10**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

204,286.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**                                           Case No. _____
         **Catherine Rudnick**

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9002** <br><br> **Heartland Leasing Corp** <br> **390 Union Blvd Ste 600** <br> **Lakewood, CO 80228** | | J | Opened 7/01/05 <br> Lease | | | | 79,598.85 |
| Account No. **xxxxxxx7001** <br><br> **IC System** <br> **Attn: Bankruptcy** <br> **444 Highway 96 East; Po Box 64378** <br> **St. Paul, MN 55164** | | H | Opened 9/01/14 <br> Collection Attorney Hoard  Taub  Freedman And Rauc | | | | 113.00 |
| Account No. **xxxxxxxxxxxxxxxXXMB** <br><br> **INAMED A DIVISION OF ALLERGAN** <br> **c/o Richard P. Joblove, P.A.** <br> **12372 SW 82nd Ave** <br> **Miami, FL 33156-5223** | | H | 2007 <br> Trade debt | | | | Unknown |
| Account No. **xxxxxxxxxxxxxxxXXMB** <br><br> **Ivy Investment Management Co** <br> **c/o Waldman Trigoboff Hildebrandt Marx & Calnan PA** <br> **2200 N Commerce Parkway, Suite 202** <br> **Fort Lauderdale, FL 33326** | | J | 2012 <br> Trade debt | | | | 345,092.08 |
| Account No. **xxxxxxxxxxxxxxxXXMB** <br><br> **JEFFREY R LAGRASSO** <br> **6199 N Federal Hwy** <br> **2074 W Indiantown Rd Ste 201□□** <br> **Boca Raton, FL 33487** | | H | 2012 <br> Trade debt | | | | Unknown |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **424,803.93**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
　　　　**Catherine Rudnick**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-x214-D**<br><br>Jessica Saade<br>c/o Evans Carter, Esq.<br>POB 812<br>Framingham, MA 01701 | | H | | 2012<br>Trade debt | | | | 10,000.00 |
| Account No. **xx-6902**<br><br>Jonathan Hakala<br>333 River St<br>Apt 907<br>Hoboken, NJ 07030-5867 | | J | | 2010<br>Trade debt | | | | 200,000.00 |
| Account No. **xxxxxxxx-xx380-B**<br><br>Katlyn Martucelli<br>c/o Perrym Krumsiek, & Jack, LLP<br>101 Arch St, 19th Floor<br>Boston, MA 02110 | | J | | 8/23/2010<br>Trade debt | | | | Unknown |
| Account No. **xxx# xxxxcv22**<br><br>Kristal Sayong<br>c/o John L McGowan<br>306 dartmouth st #501<br>Boston, MA 02116 | | H | | Trade debt | | | | 1,733.00 |
| Account No. **xxxx8497**<br><br>Land Rover<br>Po Box 6275<br>Dearborn, MI 48121 | | J | | Opened 12/01/06  Last Active  6/01/10<br>Automobile | | | | 0.00 |

Sheet no. **12** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

211,733.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**
**Catherine Rudnick**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxxxxXXMB**<br><br>**Leaf Funding, Inc**<br>**2005 Market St**<br>**15th Floor**<br>**Philadelphia, PA 19103** | J | | | **3/17/2009**<br>**leasing** | | | | **30,600.00** |
| Account No. **xx-xxxxx-xx-xxxxxxxx/xROWN**<br><br>**Locumtenens.com, LLC**<br>**c/o Joel B. Blumberg, P.A.**<br>**200 Butler St**<br>**Suite 307**<br>**West Palm Beach, FL 33407** | J | | | **2012**<br>**Trade debt** | | | | **Unknown** |
| Account No. **xxxxx4136**<br><br>**Lord&taylor**<br>**P.o. Box 1628**<br>**Maryland Heigh, MO 63043** | H | | | **Opened 10/01/03 Last Active 12/13/04**<br>**Charge Account** | | | | **0.00** |
| Account No. **xxxxxx0210**<br><br>**Mb Fin Svcs**<br>**36455 Corporate Dr**<br>**Farmington Hills, MI 48331** | H | | | **Opened 4/01/07 Last Active 4/06/10**<br>**Lease** | | | | **0.00** |
| Account No. **xxxxxxxxxxxxxxxXXMB**<br><br>**MCKESSON SPECIALTY CARE DISTRIBUTION**<br>**401 Mason Rd**<br>**La Vergne, TN 37086** | J | | | **2010**<br>**Trade debt** | | | | **21,405.93** |

| | |
|---|---|
| Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)  **52,005.93** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew Jay Rudnick,**                                     Case No. _____
         **Catherine Rudnick**

                                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x5113**<br><br>**Meritcard Solutions**<br>**c/o Anthony Barbieri**<br>**2100 Ross Avenue, Suite 750**<br>**Dallas, TX 75201** | | J | merchant services | | | | **Unknown** |
| Account No. **xxxxxxxxxxMB AN**<br><br>**Merz Aesthetics, Inc**<br>**c/o Sprechman & Associates, PA**<br>**☐☐2775 Sunny Isles Blvd, Suite 100☐**<br>**Miami, FL 33160** | | J | 2012<br>Trade debt | | | | **17,948.67** |
| Account No. **xxxxxx-1119**<br><br>**Mor Printing, Inc**<br>**10601 State Street Suite 1**<br>**Tamarac, FL 33321** | | H | 1997<br>Trade debt | | | | **7,103.89** |
| Account No. **xxxxx6787**<br><br>**Nationstar Mortgage LLC**<br>**Attn: Bankruptcy**<br>**350 Highland Dr**<br>**Lewisville, TX 75067** | | H | Opened 11/01/06  Last Active  7/06/12<br>Real Estate Mortgage | | | | **160,973.00** |
| Account No. **xxxxx2087**<br><br>**Needham Bank**<br>**1063 Great Plain A**<br>**Needham, MA 02492** | | H | Opened  6/01/08  Last Active 11/01/13<br>Real Estate Mortgage | | | | **4,043,580.88** |

Sheet no. __14__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,229,606.44**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Andrew Jay Rudnick,**                                        Case No. _____
          **Catherine Rudnick**
          _____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxxxxxxXXMB** <br><br> **New World Funding IIE, LLC** <br> **c/o Mitrano, Rynor, Adamsky & Toland Pa** <br> **2400 N Commerce Parkway, Suite 302** <br> **Weston, FL 33326** | **J** | | | **2003** <br> **Trade debt** | | | | **177,998.60** |
| Account No. **x-xxxxxxxxx-xL04-1** <br><br> **New York State Dept of Taxation &Finance** <br> **NYS Assessment Receivables** <br> **POB 4127** <br> **Binghamton, NY 13902-4127** | **J** | | | **2013** <br> **Trade debt** | | | | **258,465.82** |
| Account No. **xxxxxxx3448** <br><br> **Niche, Media** <br> **c/o Lee B Gartner P A** <br> **5561 N University Dr Ste 103** <br> **Coral Springs, FL 33067-4652** | **J** | | | **2007** <br> **Trade debt** | | | | **9,170.00** |
| Account No. **xxxxxxxxxxx & xxxxxxx3913** <br><br> **PIERCE MATTIE PUBLIC RELATIONS** <br> **c/o Lee B Gartner P A** <br> **5561 N University Dr Ste 103** <br> **Coral Springs, FL 33067-4652** | **H** | | | **2010** <br> **Trade debt** | | | | **7,423.21** |
| Account No. **xxxxxx0194** <br><br> **Pnc Leasing Corp** <br> **Attn: Bankruptcy** <br> **2730 Liberty Ave** <br> **Pittsburgh, PA 15222** | **H** | | | **Opened  3/01/98  Last Active  3/05/01** <br> **Lease** | | | | **0.00** |

Sheet no. __**15**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**453,057.63**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
       **Catherine Rudnick**

Case No. _____

_____,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxxxxxXXMB**<br><br>**PROFESSIONALS IN THE CITY**<br>**c/o McGlinchey Stafford PLLC**<br>**1 E Broward Blvd Ste 1400**<br>**Fort Lauderdale, FL 33301-1834** | H | | | **2005**<br>**Trade debt** | | | | **11,676.00** |
| Account No. **xxxxxx1852**<br><br>**Real Time Solutions**<br>**POB 566027**<br>**Dallas, TX 75356-6027** | W | | | **2014**<br>**Collections for Auto Loac Collections** | | | | **11,863.81** |
| Account No. **xxxxxxxxxxxxxxXXMB**<br><br>**ROSI SHRESTHA**<br>**c/o AMSI**<br>**505 S Flagler Dr Ste 700**<br>**West Palm Beach, FL 33401** | H | | | **2009**<br>**Trade debt** | | | | **Unknown** |
| Account No. **502013CC009805XXXXSB**<br><br>**ROYAL PALM IMPROVEMENT**<br>**ASSOCIATION INC**<br>**c/o Larry E Schner**<br>**350 Camino Gardens Blvd Ste 202**<br>**Boca Raton, FL 33432** | J | | | **2013**<br>**FORECLOSURE** | | | | **Unknown** |
| Account No.<br><br>**Scott Advertsing INC**<br>**c/o John Joseph Conway PC**<br>**26622 Woodward Avenue, Suite 225**<br>**Royal Oak, MI 48067** | J | | | **advertising** | | | | **50,000.00** |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,539.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
      **Catherine Rudnick**
_____,
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xx-xxxx14/AI**<br><br>**Scripps Media, Inc**<br>**c/o Sprechman & Associates, P.A**<br>**2775 Sunny Isles Blvd, Suite 100**<br>**Miami, FL 33160-4007** | J | | | 5/13/2013<br>**Final Judgement** | | | | 51,726.56 |
| Account No. **xxxxxxxxxxxxxxxxMBAN**<br><br>**SDG Aventura Limited**<br>**c/o Steven J. Gutter, Esq**<br>**21301 Powerline Rd, Suite 100**<br>**Boca Raton, FL 33433** | | H | | 2011<br>**Trade debt** | | | | 179,736.43 |
| Account No. **xxxxx0900**<br><br>**Sears/cbsd**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | W | | Opened  7/01/98  Last Active  1/10/03<br>**Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxxxxxxxXXMB**<br><br>**Sterling National Bank**<br>**400 Rella Blvd**<br>**Suffern, NY 10901** | J | | | 2011<br>**Lease** | | | | 430,552.86 |
| Account No. **xxxxxxxxxxxxxxxxXXMB**<br><br>**Strawn & Monaghan, P.A.**<br>**c/o Michael J. Lavery, P.A.**<br>**4600 N Ocean Blvd, SUite 201**<br>**Boynton Beach, FL 33435** | | H | | 2010<br>**Collections** | | | | 9,549.27 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**671,565.12**

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew Jay Rudnick,**
    **Catherine Rudnick**
_____ ,
Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1178<br><br>**Suntrust Bk S Fl Na**<br>**Po Box 85092**<br>**Mc Va-Wmrk-7952**<br>**Richmond, VA 23286** | | H | **Opened 11/01/05 Last Active 5/30/07**<br>**Automobile** | | | | 0.00 |
| Account No. x1198<br><br>**Surgical Associates of Palm beach County**<br>**670 Glades Rd**<br>**Suite 300**<br>**Boca Raton, FL 33431-6464** | | H | **2/26/14**<br>**Medical** | | | | 230.18 |
| Account No. xx2467<br><br>**Syncb/lord & Tay**<br>**Po Box 965015**<br>**Orlando, FL 32896** | | H | **Opened 10/01/03 Last Active 12/13/04**<br>**Charge Account** | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxXXMB<br><br>**T.J Palm Beach Associates Limited**<br>**c/o Steven J. Gutter, P.A.**<br>**2200 NW Corporate Blvd., Ste 220**<br>**Boca Raton, FL 33431** | | J | **9/18/2010**<br>**Trade debt** | | | | 963,344.00 |
| Account No. xxxxxxxxxxxx3888<br><br>**Target N.b.**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | W | **Opened 1/06/03 Last Active 1/31/07**<br>**Credit Card** | | | | 0.00 |

Sheet no. **18** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

963,574.18

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew Jay Rudnick,**
         **Catherine Rudnick**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1266** <br><br> **The Commonwealth Of Massachusetts** <br> **Dept of Revenue, Collections Bureau** <br> **436 Dwight Street** <br> **Springfield, MA 01103** | | J | 5/15/2013 <br> State Taxes | | | | **13,530.00** |
| Account No. **xxxxxxxxxxxxxxxxXXSB**☐☐ <br><br> **THE TOWN CENTER AT BOCA RATON TRUST** <br> **c/o Christine Jennifer McKenna** <br> **PO Box 27** <br> **Fort Lauderdale, FL 33302-0027** | | H | 2009 <br> Trade debt | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxxxXXSB** <br><br> **THE TOWN CENTER AT BOCA RATON TRUST** <br> **c/o Christine Jennifer McKenna** <br> **PO Box 27** <br> **Fort Lauderdale, FL 33302-0027** | | H | 2009 <br> Trade debt | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxxxXXSB**☐☐ <br><br> **THE TOWN CENTER AT BOCA RATON TRUST** <br> **c/o Christine Jennifer McKenna** <br> **PO Box 27** <br> **Fort Lauderdale, FL 33302-0027** | | H | 2011 <br> Trade debt | | | | **Unknown** |
| Account No. **xx-xxx-x1275** <br><br> **Tim Barnes and MCAD** <br> **MCAD One Ashburton Place** <br> **#601** <br> **Boston, MA 02108** | | H | 2006 <br> Trade debt | | | | **21,000.00** |

Sheet no. __19__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,530.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
**Catherine Rudnick**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxXXSB** | | | 2010 Trade debt | | | | |
| **TIME OUT NEW YORK** c/o Nathan A Schwartz PO Box 273664 Boca Raton, FL 33427 | | H | | | | | 5,963.85 |
| Account No. **xxxxxxxx6676** | | | 2013 Trade debt | | | | |
| **Time Warner Cable Media Inc.** c/o Rosenfeld, Stein, Batta, P.A. 21490 West Dixie Hwy Aventura, FL 33180 | | J | | | | | 34,118.05 |
| Account No. **xxxxx2125** | | | Opened 1/06/03 Last Active 7/01/09 Charge Account | | | | |
| **Tnb - Target** Po Box 673 Minneapolis, MN 55440 | | H | | | | | 0.00 |
| Account No. **xxxxxxxxxxXXMB** | | | Final Judgement | | | | |
| **Tom Kennedy** | | J | | | | | 4,043,580.88 |
| Account No. **xxxxxxxxxxxxxxXXMB** | | | 2009 Trade debt | | | | |
| **TYGRIS VENDOR FINANCE INC** c/o Wells & Wells, P.A. 540 Biltmore Way Coral Gables, FL 33134 | | J | | | | | Unknown |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,083,662.78 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andrew Jay Rudnick,**
**Catherine Rudnick**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx xxxx-x4954**<br><br>**Valarie Siders**<br>**c/o Casher Law Offices**<br>**30 Second Street**<br>**Cambridge, MA 02141** | | J | | **2007**<br>**Trade debt** | | | | **Unknown** |
| Account No. **xxxxxx-3290**<br><br>**Village Voice**<br>**36 Cooper Square**<br>**New York, NY 10003** | | J | | **2009**<br>**Trade debt** | | | | **5,629.48** |
| Account No. **xxxxx6727**<br><br>**Volkswagon Credit Inc**<br>**National Bankruptcy Services**<br>**9441 Lbj Freeway, Suite 250**<br>**Dallas, TX 75241** | | H | | **Opened 3/01/10 Last Active 5/22/12**<br>**Automobile** | | | | **0.00** |
| Account No. **x0430**<br><br>**Voss & Klein, Llc**<br>**49 N Federal Highw**<br>**Pompano Beach, FL 33062** | | W | | **Opened 6/01/14**<br>**Collection Attorney Boca Podiatry Group** | | | | **192.00** |
| Account No. **xxxxxxxxxxx9663**<br><br>**Wffnb Retail**<br>**Po Box 94498**<br>**Las Vegas, NV 89193** | | W | | **Opened 6/27/08 Last Active 10/02/08**<br>**Charge Account** | | | | **0.00** |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,821.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew Jay Rudnick,**
       **Catherine Rudnick**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx76MB** | | | | | **2011** **Trade debt** | | | | |
| **Yellow Book Sales & Distribution Comp c/o Marcadis Singer, P.A. 5104 South Westshore Blvd Tampa, FL 33611** | | W | | | | X | | | **10,229.22** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **10,229.22** |
| Total (Report on Summary of Schedules) | **14,695,169.52** |

B6G (Official Form 6G) (12/07)

.

In re    **Andrew Jay Rudnick,**                                                    Case No. _____
         **Catherine Rudnick**
_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mark Paleslinea**<br>**151 NE 5th Ave**<br>**#502**<br>**Delray Beach, FL 33483** | **Residential lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Andrew Jay Rudnick,**                                                    Case No. _____
      **Catherine Rudnick**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Andrew Jay Rudnick** |
| Debtor 2 (Spouse, if filing) | **Catherine Rudnick** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $         0.00 | $         0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$         0.00 | +$         0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $         0.00 | $         0.00 |

Debtor 1 **Andrew Jay Rudnick**
Debtor 2 **Catherine Rudnick**                                                Case number *(if known)* _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: **Brother's monthly contribution** | 8h.+ | $ 5,000.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 5,000.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,000.00 + | $ 0.00 = $ 5,000.00 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. +$ | | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 5,000.00 | |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   �■ No.
   ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 __Andrew Jay Rudnick__

Debtor 2 __Catherine Rudnick__
(Spouse, if filing)

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**  ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

■ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **9** | ☐ No<br>■ Yes |
| **Daughter** | **15** | ☐ No<br>■ Yes |
| **Daughter** | **15** | ☐ No<br>■ Yes |
| | | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

■ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4. $ 2,800.00

**If not included in line 4:**

4a.   Real estate taxes

4a. $ 0.00

4b.   Property, homeowner's, or renter's insurance

4b. $ 0.00

4c.   Home maintenance, repair, and upkeep expenses

4c. $ 0.00

4d.   Homeowner's association or condominium dues

4d. $ 0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans

5. $ 0.00

Debtor 1 **Andrew Jay Rudnick**
Debtor 2 **Catherine Rudnick**                     Case number (if known) _____

6. **Utilities:**
 6a. Electricity, heat, natural gas — 6a. $ 400.00
 6b. Water, sewer, garbage collection — 6b. $ 0.00
 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 300.00
 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 1,200.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 700.00
10. **Personal care products and services** — 10. $ 400.00
11. **Medical and dental expenses** — 11. $ 575.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 600.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 500.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
 15a. Life insurance — 15a. $ 0.00
 15b. Health insurance — 15b. $ 0.00
 15c. Vehicle insurance — 15c. $ 600.00
 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
 17a. Car payments for Vehicle 1 — 17a. $ 0.00
 17b. Car payments for Vehicle 2 — 17b. $ 0.00
 17c. Other. Specify: — 17c. $ 0.00
 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
 20a. Mortgages on other property — 20a. $ 0.00
 20b. Real estate taxes — 20b. $ 0.00
 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: — 21. +$ 0.00
22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. — 22. $ 8,075.00
23. **Calculate your monthly net income.**
 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 5,000.00
 23b. Copy your monthly expenses from line 22 above. — 23b. -$ 8,075.00
 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ -3,075.00
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
 ■ No.
 ☐ Yes. Explain: _____

**Schedule J: Your Expenses**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Andrew Jay Rudnick**
      **Catherine Rudnick**

                               Debtor(s)

Case No. _____

Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **39**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 22, 2014** _____

Signature   **/s/ Andrew Jay Rudnick** _____
            **Andrew Jay Rudnick**
            Debtor

Date  **December 22, 2014** _____

Signature   **/s/ Catherine Rudnick** _____
            **Catherine Rudnick**
            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Andrew Jay Rudnick**
　　　**Catherine Rudnick**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter　**7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$82,899.00** | **2013: Both Business Income** |
| **$61,346.00** | **2012: Both Employment Income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$30,000.00** | **2014: Husband Support from brother** |

B7 (Official Form 7) (04/13)  2

### 3. Payments to creditors

None ■  *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **HC PROCESSING V COSMETIC SURGERY**<br><br>**Case No:  502014CA008697XXXXMB** | **CONTRACT & DEBT** | **Palm Beach County** | **Pending** |
| **YELLOW BOOK SALES V C. RUDNICK DBA SLEEK**<br><br>**Case No:  502011CC005676XXXXMB** | **Collection** | **Palm Beach County** | **DISPOSED BY JUDGE** |
| **NATIONSTAR MORTGAGE V ANDREW J RUDNICK**<br><br>**Case ID:  502013CA007016XXXXMB** | **Foreclosure** | **Palm Beach County** | **Pending** |
| **AXIS CAPITAL INC V SLEEK INCORPORATED**<br><br>**Case No:  502012CA005742XXXXMB** | **CONTRACT & DEBT** | **Palm Beach County** | **REDISPOSED** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                    3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JEFFREY R LAGRASSO V COSMETIC SURGERY MANAGEMENT** | **BUSINESS TRANSACTION** | **Palm Beach County** | **Pending** |
| Case No: **502012CA020933XXXXMB** | | | |
| **NEEDHAM BANK V ANDREW RUDNICK** | **Foreclosure** | **Palm Beach County** | **Pending** |
| Case ID: **502013CA000222XXXXMB** | | | |
| **BELL WEATHER PROPERTIES V BURLINGTOL SLEEK MEDSPA** | **Civil** | **Palm Beach County** | **Settled** |
| Case No: **502014CA010238XXXXMB** | | | |
| **LOCUMTENENS.COM, LLC vs Andrew Jay Rudnick** | **Collection** | **Southern District of Florida** | **Pending** |
| Case No.: **11-21060-MC-ALTONAGA/BROWN** | | | |
| **Time Warner Cable Media Inc. Plaintiff vs. Cosmetic Surgery Management LLC, et al** | **Contract and Indebtedness** | **Broward County** | **Disposition Entered** |
| Case Number: **CACE13016676** | | | |
| **AR2, LLC vs Andrew Jay Rudnick** | **Collection** | **United State District Court Souther District of Florida** | **Pending** |
| Case No.: **14-80809** | | | |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Needham Bank 1063 Great Plain A Needham, MA 02492** | 04/14/14 | **Real Estate Mortgage Legal: ROYAL PALM Y&CC B2 L53    BL Final Judgement in the amount of $4,043,580.88** |

---

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    4

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■       preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■       and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
        aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■       **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐       concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
        preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Paul A. Krasker** <br> **501 S. Flagler Dr.** <br> **#201** <br> **West Palm Beach, FL 33401** | **05/12/2014** | **Legal Fee:$4,359.00** <br> **Filing Fee: $335.00** <br> **Credit Report: $50.00** |

### 10.  Other transfers

None    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
■       transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
        filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■       trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
□    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 6248 NW 32nd Terr., Boca Raton, FL 33496 | Andrew Jay Rudnick<br>Catherine Rudnick | 12/1/13-11/30/14 |
| 147 W Coconut Palm Rd, Boca Raton, FL 33432 | Andrew Jay Rudnick<br>Catherine S Rudnick | 2008 - 2013 |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **SOCIETY OF YOUNG JEWISH PROFESSIONALS** | 5156 | **925 S FEDERAL HWY STE 550 Boca Raton, FL 33432** | **Marketing and advertising social events.** | 03/29/2012 - 09/27/2013 |
| **SLEEK BRAINTREE LLC** | 208531808 | **925 SOUTH FEDERAL HIGHWAY, SUITE 550 Boca Raton, FL 33432** | **plastic surgery and advance esthetics** | 08/16/2006 - 09/24/2010 |

B7 (Official Form 7) (04/13)                                                                                           7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **SLEEK AVENTURA LLC** | 208530578 | **925 SOUTH FEDERAL HIGHWAY, SUITE 550** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **08/16/2006 - 09/24/2010** |
| **SLEEK WELLINGTON, LLC** | 5156 | **925 SOUTH FEDERAL HIGHWAY, SUITE 550** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **06/03/2009 - 09/24/2010** |
| **SLEEKSKIN LLC** | 5156 | **925 SOUTH FEDERAL HIGHWAY, SUITE 550** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **06/03/2009 - 09/24/2010** |
| **SLEEK SURGICAL SOUTH FLORIDA, PL** | 5156 | **301 YAMATO ROAD #2121** Boca Raton, FL 33431 | **plastic surgery and advance esthetics** | **07/13/2009 - 09/24/2010** |
| **SLEEK SURGICAL HOLLYWOOD, LLC** | 5156 | **3109 STIRLING ROAD SUITE 100** Fort Lauderdale, FL 33312 | **plastic surgery and advance esthetics** | **09/04/2009 - 09/27/2013** |
| SLEEK DENVER, LLC | 5156 | **925 S. FEDERAL HIGHWAY SUITE # 550** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **02/08/2010 - 05/26/2011** |
| **BOCA SLEEK MEDSPA LLC** | 208814379 | **301 YAMATO ROAD 2121** Boca Raton, FL 33431 | **plastic surgery and advance esthetics** | **06/21/2005 - 09/24/2010** |
| **COSMETIC SURGERY MARKETING, LLC** | 453666803 | **1200 N. FEDERAL HIGHWAY SUITE 200** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **09/23/2011 - present** |
| **SSM SLEEK SURGICAL LLC** | 5156 | **925 SOUTH FEDERAL HWY** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **10/05/2010 - 05/31/2011** |
| **COSMETIC SURGERY MANAGEMENT LLC** | 320363490 | **1200 N. FEDERAL HIGHWAY, STE. 200** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **12/27/2011 - 09/27/2013** |
| **SLEEK HOLDING GROUP, LLC** | 271977747 | **925 S. FEDERAL HIGHWAY SUITE 550** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **01/26/2010 - 09/28/2012** |
| **MEDSPA INTERACTIVE, LLC** | 5156 | **1825 NW CORPORATE BOULEVARD SUITE 110** Boca Raton, FL 33431 | **plastic surgery and advance esthetics** | **06/26/2014 - present** |
| **SLEEK MEDICAL, PLLC** | 5156 | **800B 5TH AVE** New York, NY 10021 | **plastic surgery and advance esthetics** | **03/26/2008 -** |
| **SLEEK MIDTOWN LLC** | 5156 | **800B 5TH AVE** New York, NY 10021 | **plastic surgery and advance esthetics** | **12/26/2006 -** |
| **SLEEK SURGICAL, PLLC** | 5156 | **800B 5TH AVE** New York, NY 10021 | **plastic surgery and advance esthetics** | **03/26/2008 -** |
| **MEDSPA TECHNOLOGIES, INC.** | 5156 | **301 YAMATO RD. #2121** Boca Raton, FL 33431 | **plastic surgery and advance esthetics** | **04/07/2004 - 09/16/2005** |
| **SLEEK REALTY, INC** | 5156 | **925 S Federal Hwy., Suite 550** Boca Raton, FL 33432 | **plastic surgery and advance esthetics** | **08/05/2004 - 03/03/2010** |

B7 (Official Form 7) (04/13)

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SLEEK SURGICAL NEW ENGLAND, LLC | 5156 | 228 Newbury St Boston, MA 02116 | plastic surgery and advance esthetics | 09/22/2008 - |
| SLEEK MEDSPA NATICK LLC | 5156 | 925 S Federal Hwy, Ste 550 Boca Raton, FL 33432 | plastic surgery and advance esthetics | 12/15/2004 - 03/21/2007 |
| SLEEK INTERNATIONAL FRANCHISE GROUP, LLC | 5156 | 23 Central St., #3 Wellesley, MA 02482 | plastic surgery and advance esthetics | 07/11/2003 - |
| SLEEK INC | 5156 | 228 Newbury St. Boston, MA 02116 | plastic surgery and advance esthetics | 03/03/2010 - |
| SLEEK | 0113 | 301 Yamato Rd Suite 2121 Boca Raton, FL 33431 | plastic surgery and advance esthetics | 09/30/2005 - 12/31/2010 |
| SLEEK MEDSPA | | 19501 Biscayne Blvd Miami, FL 33180 | plastic surgery and advance esthetics | 02/05/2009 - 12/31/2014 |
| SLEEK MEDSPA NEWTON, LLC | 5156 | 925 S Federal Hwy, Ste 550 Boca Raton, FL 33432 | plastic surgery and advance esthetics | 03/21/2007 - |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                DATES SERVICES RENDERED

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                        DATE ISSUED

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                 10

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **December 22, 2014**                  Signature    **/s/ Andrew Jay Rudnick**
                                                             **Andrew Jay Rudnick**
                                                             Debtor


Date    **December 22, 2014**                  Signature    **/s/ Catherine Rudnick**
                                                             **Catherine Rudnick**
                                                             Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Andrew Jay Rudnick**
       **Catherine Rudnick**
_____    Case No. _____

                        Debtor(s)      Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>    ☐ Surrendered                    ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt                 ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.**

Date   **December 22, 2014**         Signature    **/s/ Andrew Jay Rudnick** _____
                                               **Andrew Jay Rudnick**
                                               Debtor

Date   **December 22, 2014**         Signature    **/s/ Catherine Rudnick** _____
                                               **Catherine Rudnick**
                                               Joint Debtor

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Andrew Jay Rudnick**
      **Catherine Rudnick**                   Case No. _____

                                 Debtor(s)        Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Andrew Jay Rudnick**
**Catherine Rudnick**                       X   **/s/ Andrew Jay Rudnick**        **December 22, 2014**

Printed Name(s) of Debtor(s)                       Signature of Debtor              Date

Case No. (if known) _____      X   **/s/ Catherine Rudnick**         **December 22, 2014**

                                             Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Andrew Jay Rudnick**
        **Catherine Rudnick**

                               Debtor(s)

Case No. _____

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **December 22, 2014**        **/s/ Andrew Jay Rudnick**
                                            **Andrew Jay Rudnick**
                                            Signature of Debtor

Date:    **December 22, 2014**        **/s/ Catherine Rudnick**
                                            **Catherine Rudnick**
                                            Signature of Debtor

222-232 Newbury Street LLC
c/o Posternak Blankstein & Lund LLP
800 Boylston St, 33th Floor
Boston, MA 02199


615 Building Company LLC
c/o Borah, Goldstein, Altschuler Nahins
& Goidel, P.C.
377 Broadway, 6th Floor
New York, NY 10013


Aci
308 N Locust St
Grand Island, NE 68801


Administration Service
2005 Market St Fl 14
Philadelphia, PA 19103


Admiral Insurance Company
c/o William M. Lindeman, P.A.
POB 3506
Orlando, FL 32802-3506


Amca
2269 S Saw Mill
Elmsford, NY 10523


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


Amit Sachdeo
c/o KJC Law Firm, LLC
10 Tremont St, 6th Floor
Boston, MA 02108


AR2 LLC
6877 18TH ST H201
Boca Raton, FL 33433


ARM Collections
POB 3666
Camarillo, CA 93011-3666

Axis Capital, Inc
308 North Locust Street
Grand Island, NE 68801


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
P.O. Box 982236
El Paso, TX 79998


Bank of Ozarks
179010 Chenal Parkway
Little Rock, AR 72223


Bellwether Properties of Massachusetts
c/o Mickeelson Barnet, P.C.
30 Cornell St
New Bedford, MA 02740


Bellwether Properties Of Massachusetts
225 W Washington St
Indianapolis, IN 46204


Braintree Property Associates Limited
c/o M.S. Management Associates Inc
225 West Washington St.
Indianapolis, IN 46204-3438


Braintree Property Associates Limited
Partnership
250 Granite St Ste 216
Braintree, MA 02184


BUCKEYE PLUMBING INC
838 South Dixie Highway
Boca Raton, FL 33432


Cap1/bergd
26525 N Riverwoods Blvd
Mettawa, IL 60045

Cap1/neimn
26525 N Riverwoods Blvd
Mettawa, IL 60045


Cap1/saks
3455 Highway 80 W
Jackson, MS 39209


CAROLE F PFEFFER
2153 NW 108 Ave
Coral Springs, FL 33071


CBS Outdoor Inc
c/o Cheifetz Iannetelli Marcolini, P.C.
111 West Monroe St, 17th Floor
Phoenix, AZ 85003


Chase
Chase Card Svcs/Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 24696
Columbus, OH 43224


Chase - Cc
Po Box 15298
Wilmington, DE 19850


Chase Auto
Attn:National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038


Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898


Clear Channel Broadcasting Inc.
5630 Collections Center Dr.
Chicago, IL 60693

CLIPPER MAGAZINE LLC
c/o Thomas J Maccari P.A.
7700 Congress Ave Ste 1133
Boca Raton, FL 33487


Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821


Countrywide Printing, Inc
928 NW 1st ST
Fort Lauderdale, FL 33311


Crooks Printing Services, Inc
c/o Jeffrey R. Eisensmith, P.A.
5561 North University Drive
Coral Springs, FL 33067


De Lage Landen Financial Services, Inc
1111 Old Eadle School Rd
Wayne, PA 19087


Dicom Marketing Services
c/o Law Offices of Larry E. Bray, P.A.
3175 S Congress Ave., Ste 205
Palm Springs, FL 33461


Eric B Zwiebel, P.A.
8751 W Broward Blvd
Suite 100
Plantation, FL 33324


FCA-Medical Optics
c/o Ronald J. Schweighardt P.A.
950 SW 138th Ave B104
Pembroke Pines, FL 33027


Florida Dept of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100


Focus Financial Servic
3800 S Congress Ave
Boynton Beach, FL 33426

Furr & Cohen, P.A.
One Boca Place. Suite 337W
2255 Glades Rd
Boca Raton, FL 33431


GB Collects, LLC
145 Bradford Dr
West Berlin, NJ 08091


Ge Capital Credit Card
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Giacomo Lacoangeli
c/o Goldstein & Handwerker, LLP
280 Madison Ave
New York, NY 10016


GREYSTONE EQUIPMENT FINANCE CORPORATION
c/o Mitrani Rynor Adamsky & Toland PA☐☐
1200 Weston Rd Ph☐☐
Fort Lauderdale, FL 33326


Gulf Coast Collection
5630 Marquesas Cir
Sarasota, FL 34233


Harry T. Haramis
c/o Paul G. Jemas, Esq
38 Roseland Avenue
Roseland, NJ 07068


HC PROCESSING CENTER
c/o Vance Lotane & Bookhardt P A
1980 Michigan Ave
Cocoa, FL 32922


Hearst Television Inc
c/o Alan D Geset, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180


Heartland Leasing Corp
390 Union Blvd Ste 600
Lakewood, CO 80228

Hope L Plevy, Esq
One East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301


IC System
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164


INAMED A DIVISION OF ALLERGAN
c/o Richard P. Joblove, P.A.
12372 SW 82nd Ave
Miami, FL 33156-5223


Ivy Investment Management Co
c/o Waldman Trigoboff Hildebrandt
Marx & Calnan PA
2200 N Commerce Parkway, Suite 202
Fort Lauderdale, FL 33326


JEFFREY R LAGRASSO
6199 N Federal Hwy
2074 W Indiantown Rd Ste 201☐☐
Boca Raton, FL 33487


Jessica Saade
c/o Evans Carter, Esq.
POB 812
Framingham, MA 01701


Jonathan Hakala
333 River St
Apt 907
Hoboken, NJ 07030-5867


Katlyn Martucelli
c/o Perrym Krumsiek, & Jack, LLP
101 Arch St, 19th Floor
Boston, MA 02110


Kramer & Associates
401 Hackensack Ave, 9th Floor
Hackensack, NJ 07601

Kristal Sayong
c/o John L McGowan
306 dartmouth st #501
Boston, MA 02116


Land Rover
Po Box 6275
Dearborn, MI 48121


Leaf Funding, Inc
2005 Market St
15th Floor
Philadelphia, PA 19103


Locumtenens.com, LLC
c/o Joel B. Blumberg, P.A.
200 Butler St
Suite 307
West Palm Beach, FL 33407


Lord&taylor
P.o. Box 1628
Maryland Heigh, MO 63043


Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI 48331


MCKESSON SPECIALTY CARE DISTRIBUTION
401 Mason Rd
La Vergne, TN 37086


Meritcard Solutions
c/o Anthony Barbieri
2100 Ross Avenue, Suite 750
Dallas, TX 75201


Merz Aesthetics, Inc
c/o Sprechman & Associates, PA
2775 Sunny Isles Blvd, Suite 100
Miami, FL 33160


Mickelson Barnet, P.C.
30 Cornell St
New Bedford, MA 02740

```
Mor Printing, Inc
10601 State Street Suite 1
Tamarac, FL 33321


Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067


Needham Bank
1063 Great Plain A
Needham, MA 02492


New World Funding IIE, LLC
c/o Mitrano, Rynor, Adamsky & Toland Pa
2400 N Commerce Parkway, Suite 302
Weston, FL 33326


New York State Dept of Taxation &Finance
NYS Assessment Receivables
POB 4127
Binghamton, NY 13902-4127


Niche, Media
c/o Lee B Gartner P A
5561 N University Dr Ste 103
Coral Springs, FL 33067-4652


PIERCE MATTIE PUBLIC RELATIONS
c/o Lee B Gartner P A
5561 N University Dr Ste 103
Coral Springs, FL 33067-4652


Pnc Leasing Corp
Attn: Bankruptcy
2730 Liberty Ave
Pittsburgh, PA 15222


PROFESSIONALS IN THE CITY
c/o McGlinchey Stafford PLLC
1 E Broward Blvd Ste 1400
Fort Lauderdale, FL 33301-1834


Real Time Solutions
POB 566027
Dallas, TX 75356-6027
```

ROSI SHRESTHA
c/o AMSI
505 S Flagler Dr Ste 700
West Palm Beach, FL 33401


ROYAL PALM IMPROVEMENT ASSOCIATION INC
c/o Larry E Schner☐☐
350 Camino Gardens Blvd Ste 202
Boca Raton, FL 33432


Scott Advertsing INC
c/o John Joseph Conway PC
26622 Woodward Avenue, Suite 225
Royal Oak, MI 48067


Scripps Media, Inc
c/o Sprechman & Associates, P.A
2775 Sunny Isles Blvd, Suite 100
Miami, FL 33160-4007


SDG Aventura Limited
c/o Steven J. Gutter, Esq
21301 Powerline Rd, Suite 100
Boca Raton, FL 33433


Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117


Sprechman & Associates, P.A.
2775 Sunny Isles Blvd, Ste 100
Miami, FL 33160


Sterling National Bank
400 Rella Blvd
Suffern, NY 10901


Strawn & Monaghan, P.A.
c/o Michael J. Lavery, P.A.
4600 N Ocean Blvd, SUite 201
Boynton Beach, FL 33435


Suntrust Bk S Fl Na
Po Box 85092
Mc Va-Wmrk-7952
Richmond, VA 23286

Surgical Associates of Palm beach County
670 Glades Rd
Suite 300
Boca Raton, FL 33431-6464


Syncb/lord & Tay
Po Box 965015
Orlando, FL 32896


T.J Palm Beach Associates Limited
c/o Steven J. Gutter, P.A.
2200 NW Corporate Blvd., Ste 220
Boca Raton, FL 33431


Target N.b.
Po Box 673
Minneapolis, MN 55440


The Commonwealth Of Massachusetts
Dept of Revenue, Collections Bureau
436 Dwight Street
Springfield, MA 01103


THE TOWN CENTER AT BOCA RATON TRUST
c/o Christine Jennifer McKenna
PO Box 27
Fort Lauderdale, FL 33302-0027


Tim Barnes and MCAD
MCAD One Ashburton Place
#601
Boston, MA 02108


TIME OUT NEW YORK
c/o Nathan A Schwartz
PO Box 273664
Boca Raton, FL 33427


Time Warner Cable Media Inc.
c/o Rosenfeld, Stein, Batta, P.A.
21490 West Dixie Hwy
Aventura, FL 33180


Tnb - Target
Po Box 673
Minneapolis, MN 55440

Tom Kennedy


Triburon Financial, LLC
POB 770
Boys Town, NE 68010-0770


TYGRIS VENDOR FINANCE INC
c/o Wells & Wells, P.A.
540 Biltmore Way
Coral Gables, FL 33134


Valarie Siders
c/o Casher Law Offices
30 Second Street
Cambridge, MA 02141


Village Voice
36 Cooper Square
New York, NY 10003


Volkswagon Credit Inc
National Bankruptcy Services
9441 Lbj Freeway, Suite 250
Dallas, TX 75241


Voss & Klein, Llc
49 N Federal Highw
Pompano Beach, FL 33062


Wayne Schwartz, Lee & Amtzis, P.L.
5550 Glades Rd
Suite 401
Boca Raton, FL 33431


Wffnb Retail
Po Box 94498
Las Vegas, NV 89193


Yellow Book Sales & Distribution Comp
c/o Marcadis Singer, P.A.
5104 South Westshore Blvd
Tampa, FL 33611