UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ANDREW JAY RUDNICK                                    Case No.: 14-37761-EPK
and CATHERINE RUDNICK,

    Debtors.                                                         Chapter 7
_____/

### TRUSTEE'S MOTION FOR APPROVAL OF STIPULATION AS TO DEBTOR ANDREW JAY RUDNICK'S WAIVER AND CONSENT TO DENIAL OF DISCHARGE

    Deborah C. Menotte, as Chapter 7 Trustee (the "Trustee") for the estate of Andrew Jay Rudnick and Catherine Rudnick (the "Debtors"), by and through her undersigned counsel and pursuant to Section 727(a)(10) of the Bankruptcy Code, requests that the Court enter an Order approving the Stipulation As to Debtor, Andrew Jay Rudnick's Waiver and Consent to Denial of Discharge (the "Stipulation") attached hereto as Exhibit 1, and Debtor Andrew Rudnick's waiver of his discharge as contained therein. In support of the requested relief, the Trustee would show the Court as follows:

#### BACKGROUND

    1.    This Chapter 7 case was filed by the Debtors on December 22, 2014. Deborah C. Menotte is the duly appointed and acting Chapter 7 Trustee.

    2.    The Trustee and her counsel have undertaken an extensive investigation of the affairs of the Debtors, which has included two days of examination, the production of documents by the Debtors and the Trustee serving subpoenas on five different third parties. Based upon that investigation, the Trustee believes she has colorable grounds to object to the discharge of Debtor, Andrew Rudnick. The Trustee has not made a final determination as to Debtor Catherine

Rudnick and thus believes it appropriate to reserve her rights and decision in that regard.

3. While Andrew Rudnick does not believe that the Trustee would prevail, he recognizes the expense of litigating his discharge and the uncertainty of the result. Accordingly, the Trustee and Debtors have entered into the attached Stipulation which provides for the waiver and denial of Debtor, Andrew Rudnick's discharge and reserves the Trustee's rights with respect to co-debtor Catherine Rudnick.

## REQUESTED RELIEF

4. Section 727(a)(10) of the Bankruptcy Code provides that the "court shall grant the debtor a discharge, unless ---- the court approves a written waiver of discharge executed after the order for relief under this chapter."

5. By way of this Motion, the Trustee seeks the entry of an Order, the proposed body of which is attached as Exhibit 2, approving the attached Stipulation, which constitutes Debtor Andrew Rudnick's written waiver of his discharge and the parties' agreement that the parties reserve all other rights and claims relative to the discharge of co-debtor, Catherine Rudnick. The waiver of discharge has been knowingly and voluntarily provided by Andrew Rudnick, whom has been represented by counsel throughout this process.

6. As the Trustee has not made a final decision as to Catherine, the Trustee merely seeks to maintain the status quo in that regard.

**WHEREFORE**, Deborah C. Menotte, Chapter 7 Trustee, respectfully requests that this Court enter an Order approving the attached Stipulation As to Debtor, Andrew Jay Rudnick's Waiver and Consent to Denial of Discharge, approve Debtor Andrew Jay Rudnick's waiver of discharge, and the Court grant such other and further relief as this Court deems just and proper.

Dated this 1st day of June, 2015.

    Respectfully submitted,

    **RICE PUGATCH ROBINSON, P.A.**
    Attorneys for Trustee Menotte
    101 N.E. 3rd Avenue, Suite 1800
    Fort Lauderdale, Florida 33301
    Telephone:  (954) 462-8000
    Facsimile:   (954) 462-4300

    By:  /s/Kenneth B. Robinson
        **KENNETH B. ROBINSON**
        Florida Bar No.: 559474

J:\WPDocs\5533.1 - Rudnick\PLEADINGS\Motions\Trustee's Motion re Discharge Waiver.docx

# EXHIBIT "1"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ANDREW JAY RUDNICK                          Case No.: 14-37761-EPK
and CATHERINE RUDNICK,

    Debtors.                                Chapter 7
_____/

### STIPULATION AS TO DEBTOR, ANDREW JAY RUDNICK'S WAIVER AND CONSENT TO DENIAL OF DISCHARGE

**THIS STIPULATION** is entered into this 27th day of May, 2015 by and between, Deborah C. Menotte, as Chapter 7 Trustee for the estate of Andrew Jay Rudnick and Catherine Rudnick ("Trustee Menotte"), Andrew Jay Rudnick ("Andrew") and Catherine Rudnick ("Catherine" and collectively, with Andrew, the "Rudnicks").

### RECITALS

**WHEREAS**, this Chapter 7 case was filed by the Rudnicks on December 22, 2014

**WHEREAS**, Trustee Menotte is the duly appointed and acting Chapter 7 Trustee of the Rudnicks' estate.

**WHEREAS**, after undertaking an investigation of the business and financial affairs of the Rudnicks, Trustee Menotte believes that she has colorable grounds to object to the discharge of Andrew under, among other statutory provisions, 11 U.S.C. § 727(a)(2)(A), (a)(3), (a)(4)(A), (a)(4)(D) and (a)(6)(A).

**WHEREAS**, while not admitting that Trustee Menotte would otherwise prevail in an adversary proceeding objecting to his discharge, recognizing the fees and costs he would incur in

contesting an adversary proceeding seeking denial of his discharge and the uncertainty of prevailing, Andrew agrees herein to the waiver and denial of his discharge, with such waiver and denial to have the same legal consequences as if a judgment denying his discharge was entered in an adversary proceeding, and the entry of an Order by the Bankruptcy Court approving such waiver and denial.

**WHEREAS**, inasmuch as Trustee Menotte wishes to preserve her rights, if at all, to contest the denial of Catherine's discharge, Trustee Menotte and Catherine and Trustee Menotte wish to agree herein that all rights and claims of Trustee Menotte as to Catherine are, in fact, preserved.

**NOW THEREFORE**, in consideration of the agreements and promises set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. Debtor, Andrew Rudnick, consents to the denial and waiver of his discharge as provided in Section 726(a)(10) of the Bankruptcy Code, with such denial and waiver of discharge having the same legal consequences as if a final judgment denying discharge was entered in a separate adversary proceeding.

2. This Stipulation shall not be deemed the consent of Catherine to the waiver of her discharge or constitute any waiver by Trustee Menotte of her right to object to the discharge of Catherine. It is the express intent of the parties hereto that except as to the waiver and denial of Andrew's discharge, Trustee Menotte and the Rudnicks agree that they shall retain and preserve all rights and remedies as to or against one another that exist under the Bankruptcy Code or at law. Provided, however, notwithstanding the foregoing, Catherine agrees that if Trustee Menotte determines to object to Catherine's discharge at a later date, Catherine shall not assert as a

2

defense and otherwise waives any defense that the agreement of the parties herein that only Andrew is consenting to the waiver of his discharge, would preclude Trustee Menotte from objecting to Catherine's discharge.

3. Trustee Menotte shall file a motion with the Bankruptcy Court seeking Court approval of this Stipulation, including specifically, Andrew's written waiver of his discharge. Should the Court decline to approve this Stipulation, the Stipulation shall be null and void and parties placed back in the position they were prior to execution.

4. Trustee Menotte, Andrew and Catherine acknowledge that they are represented by counsel, have been provided the opportunity to consult with counsel as to the substance and merits of this Stipulation, and have entered into this Stipulation and agreed to the terms thereof voluntarily and without duress.

5. This Stipulation may be executed in separate counterparts and by facsimile or e-mail signatures, all of which shall be deemed a complete, fully integrated and enforceable agreement, and be deemed original signatures.

[signatures on following pages]

3



IN WITNESS WHEREOF, the parties have set their hands on the date and year set forth above.

DEBORAH C. MENOTTE, as Chapter 7 Trustee for the bankruptcy estate of Andrew Jay Rudnick and Catherine Rudnick.

By: *[signature]*
Deborah C. Menotte, Chapter 7 Trustee
POB 211087
West Palm Beach, FL 33421
(561) 795-9640

RICE PUGATCH ROBINSON, P.A.
*Attorneys for Trustee Menotte*
101 N.E. 3rd Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/Kenneth B. Robinson
KENNETH B. ROBINSON
Florida Bar No.: 559474
krobinson@rprslaw.com

And

MARK D. COHEN, P.A.
*Attorney for Debtors*
Presidential Circle, Ste. #435 So.
4000 Hollywood Blvd.
Hollywood, FL 33021
Telephone: (954) 962-1166

By: /s/Mark D. Cohen
MARK D. COHEN
Florida Bar No.: 347345
mdcohenpa@yahoo.com

4

_____
**Andrew Jay Rudnick**

STATE OF _FLORIDA_ )
 )ss:
COUNTY OF _BROWARD_ )

The foregoing instrument was acknowledged before me this _29th_ day of May, 2015, by _ANDREW ~~CATHERINE~~ RUDNICK_, who is personally known to me (YES) (NO) or has produced _FLA D.L._ as identification.

_____
Notary Public, State of _FLORIDA_

_Beth C. Fierberg_
Print name of Notary
My commission expires:

BETH C. FIERBERG
MY COMMISSION # FF 056800
EXPIRES: October 12, 2017
Bonded Thru Notary Public Underwriters

_____
**Catherine Rudnick**

STATE OF _FLORIDA_ )
 )ss:
COUNTY OF _BROWARD_ )

The foregoing instrument was acknowledged before me this _29th_ day of May, 2015, by _CATHERINE RUDNICK_, who is personally known to me (YES) (NO) or has produced _FLA D.L._ as identification.

_____
Notary Public, State of _FLORIDA_

_Beth C. Fierberg_
Print name of Notary
My commission expires:

BETH C. FIERBERG
MY COMMISSION # FF 056800
EXPIRES: October 12, 2017
Bonded Thru Notary Public Underwriters

J:\WPDocs\5533.1 - Rudnick\PLEADINGS\Motions\Stipulation re discharge.docx

5

# EXHIBIT "2"

Case 14-37761-EPK    Doc 86    Filed 06/01/15    Page 10 of 12

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ANDREW JAY RUDNICK                                              Case No.: 14-37761-EPK
and CATHERINE RUDNICK,

    Debtors.                                                              Chapter 7
_____/

ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF STIPULATION AS
TO DEBTOR ANDREW JAY RUDNICK'S WAIVER AND CONSENT TO DENIAL OF
DISCHARGE

**THIS MATTER** came before the Court in West Palm Beach, Florida, upon the *Trustee's Motion For Approval of Stipulation as to Debtor, Andrew Jay Rudnick's Waiver and Consent to Denial of Discharge* [ECF No. ] (the "Motion to Approve") filed by Deborah C. Menotte, as Chapter 7 Trustee (the "Trustee") for the estate of Andrew Jay Rudnick and Catherine Rudnick. By way of the Motion to Approve, the Trustee seeks the entry of an Order approving the Stipulation As to Debtor, Andrew Jay Rudnick's Waiver and Consent to Denial of Discharge (the "Stipulation") attached as Exhibit 1 to the Motion to Approve, which Stipulation provides

for the waiver and denial of Debtor, Andrew Rudnick's discharge and reserves the Trustee's right to object to the discharge of co-debtor, Catherine Rudnick. The Court having considered the Stipulation, finding that Debtor Andrew Rudnick has waived his discharge in writing and that such waiver was knowing and voluntary, and the Court being otherwise duly advised in the premises, it hereby

**ORDERS AND ADJUDGES** that:

1. The *Trustee's Motion For Approval of Stipulation as to Debtor, Andrew Jay Rudnick's Waiver and Consent to Denial of Discharge* is granted, and the Stipulation as to Debtor, Andrew Jay Rudnick's Waiver and Consent to Denial of Discharge and Debtor Andrew Rudnick's written waiver of his discharge is approved.

2. Andrew Rudnick's waiver and consent to denial of discharge shall have the same legal consequences as if a final judgment denying discharge was entered in a separate adversary proceeding.

3. The Stipulation as to Debtor, Andrew Jay Rudnick's Waiver and Consent to Denial of Discharge and this Order shall not be deemed the consent of Catherine Rudnick to the waiver of her discharge or constitute any waiver by the Trustee of her right to object to the discharge of Catherine.

# # #

Submitted by
**Kenneth B. Robinson**
RICE PUGATCH ROBINSON, P.A.
Attorneys for Trustee, Deborah Menotte
101 N.E. 3rd Avenue, Suite 1800
Fort Lauderdale, Florida 33301

**Copy to:   Kenneth B. Robinson, Esq.**
(Kenneth B. Robinson, Esq. is directed to serve copies of this Order upon all interested parties and to file a Certificate of Service with the Court.)

J:\WPDocs\5533.1 - Rudnick\PLEADINGS\Orders\Order re Andrew discharge.docx