

**ORDERED in the Southern District of Florida on May 25, 2016.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:                                                                  Case No. 14-37761-EPK

ANDREW JAY RUDNICK and                 Chapter 7
CATHERINE RUDNICK,

               Debtors.
_____/

**AGREED ORDER RESOLVING TRUSTEE'S OBJECTION TO CLAIM NO. 21-1
FILED BY STERLING NATIONAL BANK**

THIS MATTER came before the Court in West Palm Beach, Florida, on May 25, 2016, at 9:30 a.m. upon the Trustee's *Objection* to Sterling National Bank's Claim No 21-1 filed by Deborah C. Menotte, Chapter 7 Trustee for the estate of Andrew Jay Rudnick and Catherine Rudnick (the "Objection") [ECF 155], and *Sterling National Bank's Response to Objection of*

*Claim for Recommendation Treatment as Unsecured* (the "Response") [ECF 159], filed by Sterling National Bank.  The Court being advised that the parties have resolved the Objection and Response upon the terms set forth herein and the Court being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Objection is sustained and overruled as set forth below.

2. Claim No. 21-1 filed by Sterling National Bank shall be allowed as a secured claim in the amount of $12,000.00 and unsecured non-priority claim in the amount of $463,833.16.

3. Sterling National Bank shall receive distributions on its secured and unsecured claims pursuant to the priority schemes set forth in the Bankruptcy Code

4. The allowance and classification of Sterling National Bank's Claim No. 21-1 shall be without prejudice to any rights which Sterling National Bank may separately possess against Debtor Andrew Rudnick outside of this bankruptcy case arising from the denial of his discharge or against any collateral possessed or controlled by non-debtor parties.

###

Submitted by:

Kenneth B. Robinson, Esq.
Rice Pugatch Robinson Storfer & Cohen, PLLC
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (305) 379-3121
Facsimile: (954) 462-4300
Email: krobinson@rprslaw.com

Copy to: Kenneth B. Robinson, Esq., Hope Plevy, Esq.
(Kenneth B. Robinson, Esq. shall serve a conformed copy of this Order upon the claimants and all other interested parties immediately upon receipt and shall file a Certificate of Service with the Court.)

J:\WPDocs\5533.1 - Rudnick\PLEADINGS\Orders\Order re Sterling Bank objection.docx