

ORDERED in the Southern District of Florida on May 26, 2016.



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                      CASE NO: 14-37761-EPK
                                                                            CHAPTER 7
ANDREW JAY RUDNICK and
CATHERINE RUDNICK,

     Debtors
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY IN FAVOR OF NATIONSTAR MORTGAGE LLC**
**(Re: 21896 Cypress Cir Unit 35 B, Boca Raton, FL 33433-3201)**

**THIS CASE** came before the Court for hearing on May 25, 0216 at 9:30 AM upon the

*Motion for Relief from the Automatic Stay* (Doc 163) filed by NATIONSTAR MORTGAGE LLC

("Secured Creditor"), and the Court having heard argument of counsel, and being otherwise more

fully advised in the premises, it is

     **ORDERED** as follows:

     1.     The Motion is Granted.

     2.     The automatic stay imposed by 11 U.S.C. § 362 is terminated with respect to the

real property located at 21896 Cypress Cir., Unit 35 B, Boca Raton, FL 33433-3201 (the

"Property"), which is legally described as:

> **UNIT NO. 35-B, OF THE HORIZONS OF BOCA LAGO, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 2632, PAGE 1551, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA. (THE "DECLARATION OF CONDOMINIUM"), TOGETHER WITH THE UNDIVIDED SHARE IN THE COMMON ELEMENTS APPURTENANT TO SUCH UNIT AND ALL OTHER APPURTENANCES TO SUCH UNIT AS SET FORTH IN THE DECLARATION OF CONDOMINIUM.**

3. This Order is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the Property and said creditor shall neither seek nor obtain any *in personam* relief against the Debtors.

###

**Order submitted by:**

Teresa M. Hair, Esquire, Attorney for Secured Creditor
Brock & Scott, PLLC, PO. Box 25018 Tampa, FL 33622
(813) 251-4766 Ext: 4740      Floridabklegal@Brockandscott.com

**Attorney Teresa M. Hair is directed to serve copies of this order on the parties listed below and file a certificate of service.**

Andrew Jay Rudnick, 4942 NW 23rd Ct., Boca Raton, FL 33431

Catherine Rudnick, 4942 NW 23rd Ct., Boca Raton, FL 33431

Deborah Menotte, POB 211087, West Palm Beach, FL 33421

Kenneth Robinson, 101 NE 3rd Ave, #1800, Ft. Lauderdale, FL 33301